**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01791-REB-MEH

JANICE HUBBELL,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P., a Delaware limited partnership,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on plaintiff's **Notice of Dismissal With Prejudice** [#6] filed September 15, 2009. After careful review of the notice and the file, I conclude that the notice should be approved, that the court's **ORDER TO SHOW CAUSE** [#5] entered September 15, 2009, should be discharged, and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Dismissal With Prejudice** [#6] filed September 15, 2009, is **APPROVED**;

    2. That the court's **ORDER TO SHOW CAUSE** [#5] entered September 15, 2009, is **DISCHARGED**; and

3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 16, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge